UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: ENGLE PROGENY CASES
TOBACCO LITIGATION

Case No: 3:09-cv-10000-WGY-HTS

Pertains to:
*Wilner Firm Cases on Attached Exhibit A*
_____/

## JOINT MOTION TO DISMISS DEFENDANTS LIGGETT GROUP LLC AND VECTOR GROUP LTD. WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned action and in each and every one of the actions identified on the attached Exhibit " A" (the Plaintiffs") and Defendants Liggett Group LLC and Vector Group Ltd. (Collectively, the Defendants"), by and through the undersigned counsel, hereby jointly move to dismiss the Defendants, and any and all claims against the Defendants, from the above-captioned actions and from each and every one of the actions identified on the attached Exhibit "A" (the "Actions"), with prejudice, with all parties to bear their own respective attorneys' fees, costs and expenses.

Dated: December 9, 2013

Respectfully submitted by,

*/s/ Norwood S. Wilner*
Norwood S. Wilner
Janna M. Blasingame
Richard J. Lantinberg
**THE WILNER FIRM**

444 E. Duval Street, 2nd Floor
Jacksonville, FL 32202
Telephone: (904) 446-9817
Facsimile: (904) 446-9825
Email: Nwilner@wilnerfirm.com
Email: Rlantinberg@wilnerfirm.com

Robert J. Nelson
Elizabeth J. Cabraser ARDC# 083151
(Admitted Pro Hac Vice)
Email: ecabraser@lchb.com
Richard M. Heimann ARDC# 063607
(Admitted Pro Hac Vice)
Email: rheimann@lchb.com
Robert J. Nelson ARDC# 13297
(Admitted Pro Hac Vice)
Email: rnelson@lchb.com

**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Kathryn E. Barnett
(Admitted Pro Hac Vice)
Email: kbarnett@lchb.com
Kenneth S. Byrd
(Admitted Pro Hac Vice)
Email: kbyrd@lchb.com

**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
One Nashville Place
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2423
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

Lance V. Oliver
Joseph F. Rice
Frederick C. Baker
Donald A. Migliori
Nathan D. Finch
Vincent I. Parrett
James W. Ledlie
Elizabeth Smith
Rebecca M. Deupree
Lisa Saltzburg
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone (843) 216-9000
Facsimile: (843) 216-9450

*Attorneys for Plaintiff*

-and-

By: /s/ Kelly Anne Luther
    Kelly Anne Luther, Esq
    Florida Bar No. 870780

**KASOWITZ BENSON TORRES & FRIEDMAN LLP**
1441 Brickell Ave, Suite 1420
Miami, FL 10019
Telephone: (305) 377-1666
Facsimile: (305) 777-1664
Email: kluther@kasowitz.com

*Attorneys for Defendants*
*Liggett Group LLC and*
*Vector Group Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 9th day of December, 2013, via CMECF to all persons of record.

/s/ Norwood S. Wilner
Attorney

**THE WILNER FIRM**
444 East Duval St.
Jacksonville, FL 32202
Telephone: (904) 446-9817
Facsimile: (904) 446-9825
Email: Nwilner@wilnerfirm.com